448 F.2d 1388
 Helen Good FARIES, Plaintiff-Appellee
v.
UNITED STATES of America, Defendant-Appellee
v.
AETNA CASUALTY AND SURETY COMPANY, Third Party Defendant-Appellant.
 No. 71-2069 Summary Calendar.*
 United States Court of Appeals
Fifth Circuit.
 Oct. 19, 1971.
 
 James C. Allums, Jr., C. Edward Fowler, Jr., Bailey, Williams, Westfall & Henderson, Dallas, Tex., for third party defendant-appellant.
 Tom Purnell, Eldon B. Mahon, U. S. Atty., Kenneth J. Mighell, Asst. U. S. Atty., Dallas, Tex., for defendant-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y. et al., 431 F.2d 409, Part I (5th Cir. 1970)
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966